No. 68431.—Milton G. West and Kem-Tech Laboratories, Inc. v. United States, protest 63/17506–16888 (New Orleans).

Opinion by OLIVER, C.J.   An examination of the official papers disclosing that the protest was not filed within 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 68432.—The American Import Co. and Quon Quon Company v. United States, protests 63/10586 and 63/10298 (Los Angeles).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of glass balls with chenille or foil stems similar in all material respects to those the subject of *Joseph Markovits, Inc. v. United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 9, 1964

No. 68433.—Century Ribbon Mills, Inc., et al. v. United States, protests 58/18742, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of nylon pile ribbon similar in use to silk pile ribbon and following the principles set forth in *United States v. Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claims of the plaintiffs were sustained as follows: The items marked "A" at 25 percent under paragraph 1206, as modified by T.D. 51802, and the items marked "B" at 23½ percent under said paragraph, as modified by T.D. 54108.